**Order entered January 28, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01015-CR

### MICHAEL D. WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F94-03570-TK

## ORDER

The Court **DENIES** appellant's January 23, 2013 motion for oral argument. After reviewing appellant's brief, the Court has determined that the decisional process would not be significantly aided by oral argument. *See* TEX. R. APP. P. 39.1(d). The appeal will be set for submission on the next available no argument docket.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE